**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re MULTIPLAN HEALTH INSURANCE PROVIDER LITIGATION<br><br>------------------------------------------------------*x*<br><br>*This Document Relates To:*<br><br>The Alaska Hospitalist Group, LLC; Cogent Healthcare of Decatur, LLC; Hospitalist Medicine Physicians of Alabama – TCG, Inc.; Hospitalist Medicine Physicians of Alabama – TCS, Inc.; Capital Anesthesia Solutions of Arkansas, PLLC; Cogent Healthcare of Arizona, P.C.; Hospitalist Medicine Physicians of Arizona – TCS, Inc.; Hospitalist Medicine Physicians of Arizona - Phoenix, Inc.; Sound Physicians Intensivists of Arizona, Inc.; Hospitalist Medicine Physicians of Arizona - Nogales, Inc.; Sound Physicians Emergency Medicine of Arizona, Inc.; Hospitalist Medicine Physicians of California, Inc.; Inpatient Specialists of California, P.C.; Kansal, Inc., A Professional Corporation; Sound Physicians Anesthesiology of California, P.C.; Sound Physicians Emergency Medicine of Southern California, P.C.; Inpatient Services, P.C.; Hospitalist Medicine Physicians of Connecticut, LLC; Hospitalist Medicine Physicians of Connecticut – TCS, LLC; Hospitalist Medicine Physicians of Delaware, P.A.; Sandusky Anesthesia, LLC; Cogent Healthcare of Jacksonville, LLC; Cogent Healthcare of Pensacola, LLC; Comprehensive Hospital Physicians of Florida, Inc.; Hospitalist Medicine Physicians of Florida - Jacksonville II, LLC; Sound Physicians of Florida IV, LLC; Capital Anesthesia Solutions of Florida II, LLC; Hospitalist Medicine Physicians of Florida – TCS, LLC; Capital Anesthesia Solutions of Florida, LLC; Cogent Healthcare of Georgia, P.C.; Sound Physicians Intensivists of Georgia, PC; Sound Physicians of Georgia III, P.C.; Hospitalist Medicine Physicians of Georgia – TCG, PC; Sound Physicians Emergency Medicine of Georgia, P.C.; Sound Physicians of | Case No. 1:24-cv-06795<br>MDL No. 3121<br>Hon. Matthew F. Kennelly<br><br><br>**Civil Action No. _____**<br><br><br><br>**SHORT FORM COMPLAINT PURSUANT TO MDL CASE MANAGEMENT ORDER NO. 6** |

1

Hawaii, Inc.; Cogent Healthcare of Iowa, P.C.; Sound Physicians of Idaho, PLLC; Hospitalist Medicine Physicians of Idaho - Nampa, PLLC; Critical Care Physicians of Illinois, LLC; Sound Physicians of Illinois, LLC; Sound Physicians Emergency Medicine of Illinois, LLC; Hospitalist Medicine Physicians of Indiana, LLC; Sound Physicians of Indiana, LLC; Hospitalist Medicine Physicians of Kansas - Topeka, LLC; Sound Physicians Emergency Medicine of Kansas, LLC; Cogent Healthcare of Kentucky, P.S.C.; Hospitalist Medicine Physicians of Kentucky - Berea, PSC; Capital Anesthesia Solutions of KY, LLC; Sound Physicians Anesthesiology of Kentucky, PSC; Sound Physicians Emergency Medicine of Kentucky, PLLC; Capital Anesthesia Solutions of KY II, LLC; Sound Physicians Emergency Medicine of Louisiana, Inc.; Hospitalist Medicine Physicians of Massachusetts - Brockton, PC; Sound Physicians of Massachusetts II, P.C.; Sound Physicians of Massachusetts, Inc.; Hospitalist Medicine Physicians of Maryland, PC; Hospitalist Medicine Physicians of Maryland - Laurel, PC; Sound Physicians Palliative Care of Maryland, P.C.; Hospitalist Medicine Physicians of Maryland - Frederick, PC; Hospitalist Medicine Physicians of Michigan - Dowagiac, PLLC; Hospitalist Medicine Physicians of Michigan - Saginaw, PLLC; Sound Inpatient Physicians - Michigan PLLC; Hospitalist Medicine Physicians of Michigan - Alpena, PLLC; Sound Physicians Emergency Medicine of Michigan, PLLC; Cogent Healthcare of Missouri, Inc. ; Capital Anesthesia Solutions of Missouri, LLC; Hospitalist Medicine Physicians of Mississippi – TCG, Inc.; Hospitalist Medicine Physicians of Mississippi – TCS, Inc.; Cogent Healthcare of Montana, P.C.; Hospitalist Medicine Physicians of Montana - Missoula, PC; Cogent Healthcare of North Carolina, P.C.; Hospitalist Medicine Physicians of North Carolina - Burlington, PC; Hospitalist Medicine Physicians of North Carolina, PLLC; Cogent Healthcare of New Jersey, P.C.; Critical Care Physicians of New

2

Jersey, PC; Capital Anesthesia Solutions of New Jersey LLC; Capital Anesthesia Solutions of New Mexico, LLC; Hospitalist Medicine Physicians of New Mexico - Clovis, LLC; Bessler, M.D., PLLC; Hospitalist Medicine Physicians of Nevada - Las Vegas (Bessler), PLLC; RABessler, M.D., P.C.; Sound Intensivists of Nevada (RBessler, M.D.), PLLC; Sound Physicians Emergency Medicine of Nevada (Bessler), PLLC; Cogent Medical Care, P.C.; Critical Care Physician of New York, P.C.; Hospitalist Medicine Physician of New York - Buffalo, P.C.; Sound Physicians of New York, PLLC; Hospitalist Medicine Physician of New York - Patchogue, P.C.; Hospitalist Medicine Physicians of New York, PLLC; Hospitalist Medicine Physicians of Ohio - Batavia, Professional Corporation; Hospitalist Medicine Physicians of Ohio - Fairfield, Professional Corporation; Hospitalist Medicine Physicians of Ohio, Professional Corporation; Hospitalist Medicine Physicians of Richland County, Ltd.; Hospitalist Medicine Physicians of Ohio – TCS, Professional Corporation; Hospitalist Medicine Physicians of Ohio - Cincinnati, Professional Corporation; Hospitalist Medicine Physicians of Oklahoma – TCG, LLC; Hospitalist Medicine Physicians of Oklahoma – TCS, LLC; Critical Care Physicians of Pennsylvania, P.C.; Hospitalist Medicine Physicians of Pennsylvania – TCS, PC; Hospitalist Medicine Physicians of Pennsylvania, P.C.; Capital Anesthesia Solutions of Philadelphia, LLC; Sound Physicians Intensivists of South Carolina, LLC; Sound Physicians Emergency Medicine of South Carolina, LLC; Cogent Healthcare of Tennessee, P.C.;  Carr, PLLC; T.M. Carr, M.D., P.C.; Cogent Healthcare of Texas, P.A.; Hospitalist Medicine Physicians of Texas - Corpus Christi, PLLC; Hospitalist Medicine Physicians of Texas, PLLC; Hospitalist Medicine Physicians of Texas - Dallas, PLLC; Sound Inpatient Physicians of Texas I, Inc.; Hospitalist Medicine Physicians of Texas - Dallas, PLLC; Sound Physicians

Anesthesiology of Texas, PLLC; Hospitalist
Medicine Physicians of Texas - Houston, PLLC;
Sound Physicians Emergency Medicine of
Texas, PLLC; Hospitalist Medicine Physicians
of Utah – TCG, LLC; Hospitalist Medicine
Physicians of Fredericksburg, LLC; Hospitalist
Medicine Physicians of Virginia - Front Royal,
LLC; Hospitalist Medicine Physicians of
Virginia, LLC; Sound Physicians Intensivists of
Virginia, LLC; Hospitalist Medicine Physicians
of Vermont – TCG, LLC; Sound Physicians
Intensivists of Washington, PLLC; South Sound
Inpatient Physicians, PLLC; Hospitalist
Medicine Physicians of Washington – TCS,
PLLC; Sound Physicians Emergency Medicine
of Washington, PLLC; Hospitalist Medicine
Physicians of Wisconsin, Ltd.; Hospitalist
Medicine Physicians of West Virginia – TCG,
PLLC; Hospitalist Medicine Physicians of West
Virginia, PLLC; Sound Physicians Emergency
Medicine of West Virginia, PLLC; and Sound
Physicians of Wyoming, LLC.,

Plaintiffs,

v.

Multiplan, Inc.,

Defendant.

------------------------------------------------------x

## DIRECT ACTION PLAINTIFF SHORT-FORM COMPLAINT

The Plaintiffs named below file this Short-Form Complaint and (if checked off below)

Demand for Jury Trial against the Defendant(s) named below by and through the undersigned

counsel. Plaintiffs incorporate by reference the factual allegations, as well as the claims and relief

checked off below, sought in Plaintiffs' Consolidated Master Direct Action Plaintiff Complaint

("Consolidated Master DAP Complaint") as it relates to the named Defendant(s) (checked-off

below), filed in *In re Multiplan Health Insurance Provider Litigation,* MDL No. 3121, in the

United States District Court for the Northern District of Illinois. Plaintiffs file this Short-Form Complaint as permitted by Case Management Order No 6.

Plaintiffs indicate by checking the relevant boxes below the Parties, Designated Forum, Jurisdiction and Venue, Causes of Actions and other Relevant Information specific to Plaintiffs' cases. Plaintiffs, by and through the undersigned counsel, allege as follows:

## I.      IDENTIFICATION OF PARTIES

### A. PLAINTIFFS

1. Name of the Plaintiffs alleging claims against Defendant(s): **See chart below**

2. For each Plaintiff that is a corporation, list the state of incorporation and state of principal place of business. For each Plaintiff that is an LLC or partnership, list the state citizenship of each of its members.  For each Plaintiff that is a natural person, list the state of residency and citizenship at the time of the filing of this Short-Form Complaint: **See chart below**

| Plaintiff | Principal Place of Business | State of Incorporation or Formation | State of Citizenship |
|---|---|---|---|
| The Alaska Hospitalist Group, LLC | | | Alaska |
| Cogent Healthcare of Decatur, LLC | | | Alabama |
| Hospitalist Medicine Physicians of Alabama – TCG, Inc. | Alabama | Alabama | |
| Hospitalist Medicine Physicians of Alabama – TCS, Inc. | Alabama | Alabama | |
| Capital Anesthesia Solutions of Arkansas, PLLC | | | Arkansas |
| Cogent Healthcare of Arizona, P.C. | Arizona | Arizona | |
| Hospitalist Medicine Physicians of Arizona – TCS, Inc. | Arizona | Arizona | |
| Hospitalist Medicine Physicians of Arizona - Phoenix, Inc. | Arizona | Arizona | |
| Sound Physicians Intensivists of Arizona, Inc. | Arizona | Arizona | |
| Hospitalist Medicine Physicians of Arizona - Nogales, Inc. | Arizona | Arizona | |
| Sound Physicians Emergency Medicine of Arizona, Inc. | Arizona | Arizona | |
| Hospitalist Medicine Physicians of California, Inc. | California | California | |
| Inpatient Specialists of California, P.C. | California | California | |

5

| Plaintiff | Principal Place of Business | State of Incorporation or Formation | State of Citizenship |
|---|---|---|---|
| Kansal, Inc., A Professional Corporation | California | California | |
| Sound Physicians Anesthesiology of California, P.C. | California | California | |
| Sound Physicians Emergency Medicine of Southern California, P.C. | California | California | |
| Inpatient Services, P.C. | Colorado | Colorado | |
| Hospitalist Medicine Physicians of Connecticut, LLC | | | Connecticut |
| Hospitalist Medicine Physicians of Connecticut – TCS, LLC | | | Connecticut |
| Hospitalist Medicine Physicians of Delaware, P.A. | Delaware | Delaware | |
| Sandusky Anesthesia, LLC | | | Delaware |
| Cogent Healthcare of Jacksonville, LLC | | | Florida |
| Cogent Healthcare of Pensacola, LLC | | | Florida |
| Comprehensive Hospital Physicians of Florida, Inc. | Florida | Florida | |
| Hospitalist Medicine Physicians of Florida - Jacksonville II, LLC | | | Florida |
| Sound Physicians of Florida IV, LLC | | | Florida |
| Capital Anesthesia Solutions of Florida II, LLC | | | Florida |
| Hospitalist Medicine Physicians of Florida – TCS, LLC | | | Florida |
| Capital Anesthesia Solutions of Florida, LLC | | | Florida |
| Cogent Healthcare of Georgia, P.C. | Georgia | Georgia | |
| Sound Physicians Intensivists of Georgia, PC | Georgia | Georgia | |
| Sound Physicians of Georgia III, P.C. | Georgia | Georgia | |
| Hospitalist Medicine Physicians of Georgia – TCG, PC | Georgia | Georgia | |
| Sound Physicians Emergency Medicine of Georgia, P.C. | Georgia | Georgia | |
| Sound Physicians of Hawaii, Inc. | Hawaii | Hawaii | |
| Cogent Healthcare of Iowa, P.C. | Iowa | Iowa | |
| Sound Physicians of Idaho, PLLC | | | Idaho |
| Hospitalist Medicine Physicians of Idaho - Nampa, PLLC | | | Idaho |
| Critical Care Physicians of Illinois, LLC | | | Illinois |
| Sound Physicians of Illinois, LLC | | | Illinois |
| Sound Physicians Emergency Medicine of Illinois, LLC | | | Illinois |
| Hospitalist Medicine Physicians of Indiana, LLC | | | Indiana |
| Sound Physicians of Indiana, LLC | | | Indiana |

| Plaintiff | Principal Place of Business | State of Incorporation or Formation | State of Citizenship |
|---|---|---|---|
| Hospitalist Medicine Physicians of Kansas - Topeka, LLC | | | Kansas |
| Sound Physicians Emergency Medicine of Kansas, LLC | | | Kansas |
| Cogent Healthcare of Kentucky, P.S.C. | Kentucky | Kentucky | |
| Hospitalist Medicine Physicians of Kentucky - Berea, PSC | Kentucky | Kentucky | |
| Capital Anesthesia Solutions of KY, LLC | | | Kentucky |
| Sound Physicians Anesthesiology of Kentucky, PSC | Kentucky | Kentucky | |
| Sound Physicians Emergency Medicine of Kentucky, PLLC | | | Kentucky |
| Capital Anesthesia Solutions of KY II, LLC | | | Kentucky |
| Sound Physicians Emergency Medicine of Louisiana, Inc. | Louisiana | Louisiana | |
| Hospitalist Medicine Physicians of Massachusetts - Brockton, PC | Massachusetts | Massachusetts | |
| Sound Physicians of Massachusetts II, P.C. | Massachusetts | Massachusetts | |
| Sound Physicians of Massachusetts, Inc. | Massachusetts | Massachusetts | |
| Hospitalist Medicine Physicians of Maryland, PC | Maryland | Maryland | |
| Hospitalist Medicine Physicians of Maryland - Laurel, PC | Maryland | Maryland | |
| Sound Physicians Palliative Care of Maryland, P.C. | Maryland | Maryland | |
| Hospitalist Medicine Physicians of Maryland - Frederick, PC | Maryland | Maryland | |
| Hospitalist Medicine Physicians of Michigan - Dowagiac, PLLC | | | Michigan |
| Hospitalist Medicine Physicians of Michigan - Saginaw, PLLC | | | Michigan |
| Sound Inpatient Physicians - Michigan PLLC | | | Michigan |
| Hospitalist Medicine Physicians of Michigan - Alpena, PLLC | | | Michigan |
| Sound Physicians Emergency Medicine of Michigan, PLLC | | | Michigan |
| Cogent Healthcare of Missouri, Inc. | Missouri | Missouri | |
| Capital Anesthesia Solutions of Missouri, LLC | | | Missouri |
| Hospitalist Medicine Physicians of Mississippi – TCG, Inc. | Mississippi | Mississippi | |
| Hospitalist Medicine Physicians of Mississippi – TCS, Inc. | Mississippi | Mississippi | |
| Cogent Healthcare of Montana, P.C. | Montana | Montana | |
| Hospitalist Medicine Physicians of Montana - Missoula, PC | Montana | Montana | |

| Plaintiff | Principal Place of Business | State of Incorporation or Formation | State of Citizenship |
|---|---|---|---|
| Cogent Healthcare of North Carolina, P.C. | North Carolina | North Carolina | |
| Hospitalist Medicine Physicians of North Carolina - Burlington, PC | North Carolina | North Carolina | |
| Hospitalist Medicine Physicians of North Carolina, PLLC | | | North Carolina |
| Cogent Healthcare of New Jersey, P.C. | New Jersey | New Jersey | |
| Critical Care Physicians of New Jersey, PC | New Jersey | New Jersey | |
| Capital Anesthesia Solutions of New Jersey LLC | | | New Jersey |
| Capital Anesthesia Solutions of New Mexico, LLC | | | New Mexico |
| Hospitalist Medicine Physicians of New Mexico - Clovis, LLC | | | New Mexico |
| Bessler, M.D., PLLC | | | Nevada |
| Hospitalist Medicine Physicians of Nevada - Las Vegas (Bessler), PLLC | | | Nevada |
| RABessler, M.D., P.C. | Nevada | Nevada | |
| Sound Intensivists of Nevada (RBessler, M.D.), PLLC | | | Nevada |
| Sound Physicians Emergency Medicine of Nevada (Bessler), PLLC | | | Nevada |
| Cogent Medical Care, P.C. | New York | New York | |
| Critical Care Physician of New York, P.C. | New York | New York | |
| Hospitalist Medicine Physician of New York - Buffalo, P.C. | New York | New York | |
| Sound Physicians of New York, PLLC | | | New York |
| Hospitalist Medicine Physician of New York - Patchogue, P.C. | New York | New York | |
| Hospitalist Medicine Physicians of New York, PLLC | | | New York |
| Hospitalist Medicine Physicians of Ohio - Batavia, Professional Corporation | Ohio | Ohio | |
| Hospitalist Medicine Physicians of Ohio - Fairfield, Professional Corporation | Ohio | Ohio | |
| Hospitalist Medicine Physicians of Ohio, Professional Corporation | Ohio | Ohio | |
| Hospitalist Medicine Physicians of Richland County, Ltd. | Ohio | Ohio | |
| Hospitalist Medicine Physicians of Ohio – TCS, Professional Corporation | Ohio | Ohio | |
| Hospitalist Medicine Physicians of Ohio - Cincinnati, Professional Corporation | Ohio | Ohio | |
| Hospitalist Medicine Physicians of Oklahoma – TCG, LLC | | | Oklahoma |

| Plaintiff | Principal Place of Business | State of Incorporation or Formation | State of Citizenship |
|---|---|---|---|
| Hospitalist Medicine Physicians of Oklahoma – TCS, LLC | | | Oklahoma |
| Critical Care Physicians of Pennsylvania, P.C. | Pennsylvania | Pennsylvania | |
| Hospitalist Medicine Physicians of Pennsylvania – TCS, PC | Pennsylvania | Pennsylvania | |
| Hospitalist Medicine Physicians of Pennsylvania, P.C. | Pennsylvania | Pennsylvania | |
| Capital Anesthesia Solutions of Philadelphia, LLC | | | Pennsylvania |
| Sound Physicians Intensivists of South Carolina, LLC | | | South Carolina |
| Sound Physicians Emergency Medicine of South Carolina, LLC | | | South Carolina |
| Cogent Healthcare of Tennessee, P.C. | Tennessee | Tennessee | |
| Carr, PLLC | | | Tennessee |
| T.M. Carr, M.D., P.C. | Tennessee | Tennessee | |
| Cogent Healthcare of Texas, P.A. | Texas | Texas | |
| Hospitalist Medicine Physicians of Texas - Corpus Christi, PLLC | | | Texas |
| Hospitalist Medicine Physicians of Texas, PLLC | | | Texas |
| Hospitalist Medicine Physicians of Texas - Dallas, PLLC | | | Texas |
| Sound Inpatient Physicians of Texas I, Inc. | Texas | Texas | |
| Hospitalist Medicine Physicians of Texas - Dallas, PLLC | | | Texas |
| Sound Physicians Anesthesiology of Texas, PLLC | | | Texas |
| Hospitalist Medicine Physicians of Texas - Houston, PLLC | | | Texas |
| Sound Physicians Emergency Medicine of Texas, PLLC | | | Texas |
| Hospitalist Medicine Physicians of Utah – TCG, LLC | | | Utah |
| Hospitalist Medicine Physicians of Fredericksburg, LLC | | | Virginia |
| Hospitalist Medicine Physicians of Virginia - Front Royal, LLC | | | Virginia |
| Hospitalist Medicine Physicians of Virginia, LLC | | | Virginia |
| Sound Physicians Intensivists of Virginia, LLC | | | Virginia |
| Hospitalist Medicine Physicians of Vermont – TCG, LLC | | | Vermont |
| Sound Physicians Intensivists of Washington, PLLC | | | Washington |

9

| Plaintiff | Principal Place of Business | State of Incorporation or Formation | State of Citizenship |
|---|---|---|---|
| South Sound Inpatient Physicians, PLLC | | | Washington |
| Hospitalist Medicine Physicians of Washington – TCS, PLLC | | | Washington |
| Sound Physicians Emergency Medicine of Washington, PLLC | | | Washington |
| Hospitalist Medicine Physicians of Wisconsin, Ltd. | Wisconsin | Wisconsin | |
| Hospitalist Medicine Physicians of West Virginia – TCG, PLLC | | | West Virginia |
| Hospitalist Medicine Physicians of West Virginia, PLLC | | | West Virginia |
| Sound Physicians Emergency Medicine of West Virginia, PLLC | | | West Virginia |
| Sound Physicians of Wyoming, LLC | | | Wyoming |

**B. DEFENDANT(S)**

3. Plaintiffs name the following Defendant(s)[1] in this action [*Check all that apply*]:

[X] Multiplan, Inc.

[ ] Aetna, Inc., a subsidiary of CVS Health Corporation

[ ] Blue Shield of California Life & Health Insurance Company

[ ] Blue Cross Blue Shield of Michigan Mutual Insurance Company

[ ] Aware Integrated, Inc. and BCBSM, Inc. d/b/a Blue Cross Blue Shield Of Minnesota

[ ] Cambia Health Solutions, Inc. f/k/a The Regence Group

[ ] Centene Corporation

[ ] The Cigna Group

[ ] Elevance Health, Inc. f/k/a Anthem, Inc.

[ ] Health Care Service Corporation

[ ] Highmark Health

[ ] Horizon Healthcare Services, Inc. d/b/a Horizon Blue Cross Blue Shield of New Jersey

---

[1] Each Defendant named in this Short Form Complaint includes each of that entity's executives, employees, directors, and majority-owned subsidiaries. For example, UnitedHealth Group Inc. includes, among others, the following majority-owned subsidiaries: United Healthcare Insurance Company, and its affiliates; United Healthcare Services Inc.; United Healthcare Service LLC; Oxford Benefit Management, Inc.; UMR, Inc.; Sierra Health and Life Insurance Company, Inc.; Sierra Health-Care Options, Inc.; Health Plan of Nevada, Inc.; and United Healthcare of Florida, Inc.

| | |
|---|---|
| ☐ | Humana Inc. |
| ☐ | Kaiser Foundation Health Plan, Inc. |
| ☐ | Molina Healthcare, Inc. |
| ☐ | UnitedHealth Group Inc. |
| ☐ | Allied National, LLC |
| ☐ | Benefit Plans Administrators of Eau Claire, LLC |
| ☐ | Central States, Southeast and Southwest Areas Pension Fund |
| ☐ | Consociate, Inc. d/b/a Consociate Health |
| ☐ | Healthcare Highways Health Plan (ASO), LLC |
| ☐ | Secure Health Plans Of Georgia, LLC D/B/A Secure Health |
| ☐ | Sanford Health Plan |
| ☐ | CareFirst Of Maryland |
| ☐ | Blue Cross Blue Shield of Massachusetts |

## C. OTHER DEFENDANTS

For each "Other Defendant" Plaintiffs contend are additional parties and are liable or responsible for Plaintiff's damages alleged herein, Plaintiffs must identify by name each Defendant and its citizenship, and Plaintiffs must plead the specific facts supporting any claim against each "Other Defendant" in a manner complying with the requirements of the Federal Rules of Civil Procedure. In doing so, Plaintiffs may attach additional pages to this Short-Form Complaint.

| | NAME | CITIZENSHIP |
|---|---|---|
| 1 | | |
| 2 | | |

## II. DESIGNATED FORUM

4. For Direct Filed Cases: Identify the Federal District Court in which the Plaintiffs would have filed in the absence of direct filing: <u>Northern District of Illinois</u>

5. For Transferred Cases: Identify the Federal District Court in which the Plaintiffs originally filed and the date of filing: N/A

11

### III.     JURISDICTION AND VENUE

6.  Subject Matter Jurisdiction in is based on:

    ☐     Diversity of Citizenship
    ☒     Federal Question
    ☐     Other (The basis of any additional grounds for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure):
    _____

### IV.     FACTS AND INJURIES ASSERTED

7.  Plaintiffs adopt all paragraphs of the Consolidated Master DAP Complaint by reference, except for the allegations set forth in any cause of action that Plaintiffs do not adopt (as indicated below).

8.  Plaintiffs adopt and allege as injuries resulting from the challenged conduct the injuries to DAPs set forth in the Consolidated Master DAP Complaint.

### V.     ADDITIONAL FACTS DEMONSTRATING STANDING TO BRING CAUSES OF ACTION

9.  Plaintiffs allege the following additional facts in support of its standing to bring causes of action:

    _____
    _____
    _____
    _____

## VI.    CAUSES OF ACTION ASSERTED

10. Plaintiffs adopt and assert the following Causes of Action alleged in the Consolidated Master DAP Complaint, and the allegations with regard thereto, against the Defendants identified above, are adopted in this *Short-Form Complaint* by reference (*check all that are adopted*).

| Check all that apply | Count | Cause of Action | Law pursuant to which the cause of action is asserted in the Master Complaint |
|---|---|---|---|
| X | I | Horizontal Agreements in Restraint of Trade (Section 1 of the Sherman Act, 15 U.S.C. § 1) | Federal Law |
| X | II | Hub-And-Spoke Agreement in Restraint of Trade (Section 1 of the Sherman Act, 15 U.S.C. § 1) | Federal Law |
| X | III | Principal-Agent Combinations in Restraint of Trade (Section 1 of the Sherman Act, 15 U.S.C. § 1) | Federal Law |
| X | IV | Agreements to Unreasonably Restrain Trade (Section 1 of the Sherman Act, 15 U.S.C. § 1) | Federal Law |
| X | V | Anticompetitive Information Exchange (Section 1 of the Sherman Act, 15 U.S.C. § 1) | Federal Law |
|  |  | Violation of State and D.C. Antitrust Statutes | _____ |
|  |  | Violation of State Consumer Protection Laws | _____ |
|  |  | Unjust Enrichment | _____ |

**NOTE**

If Plaintiffs want to allege additional Causes of Action other than those selected in the preceding paragraph, which are the Causes of Action set forth in the Master Complaint, the facts supporting those additional Causes of Action, must be pled in a manner complying with the requirements of the Federal Rules of Civil Procedure. In doing so, Plaintiffs may attach additional pages to this Short-Form Complaint.

## VII.    ADDITIONAL CAUSES OF ACTION

11. Plaintiffs assert the following additional Causes of Action and supporting allegations against the following Defendants:

_____

_____

_____

_____

[*Check the applicable box*]:

☒ **WHEREFORE,** Plaintiffs pray for all available compensatory damages, treble damages, punitive damages in amounts to be proven at trial, declaratory and injunctive relief and judgment against Defendant(s) and all such further relief that this Court deems equitable and just as set forth in the Master Complaint, and any additional relief to which Plaintiffs may be entitled, including disgorgement.

☐ **WHEREFORE,** Plaintiffs pray for declaratory and injunctive relief and judgment against Defendant(s) and all such further relief that this Court deems equitable and just as set forth in the Master Complaint, and any additional relief to which Plaintiffs may be entitled.

## JURY DEMAND

[*Check the applicable box*]:

☒ Plaintiffs hereby demand a trial by jury as to all claims in this action.

☐ Plaintiffs **do not demand** a trial by jury as to all claims in this action.

****

By signature below, Plaintiffs' counsel hereby confirms its/his/her submission to the authority and jurisdiction of the United States District Court of the Northern District of Illinois and oversight of counsel's duties under Federal Rule of Civil Procedure 11, including enforcement as necessary through sanctions and/or revocation of pro hac vice status.

Dated: January 14, 2025

**Napoli Shkolnik PLLC**

*/s/ Paul J. Napoli*
Paul J. Napoli

Paul J. Napoli (IL #: 6307568)
PNapoli@NSPRLaw.com
Hunter Shkolnik
Hunter@NSPRLaw.com
NS PR Law Services, LLC
1302 Avenida Ponce de León
Santurce, Puerto Rico 00907
Telephone: 787.493.5088
Fax: 646.843.7603

**Arnall Golden Gregory LLP**

*/s/ Matthew M. Lavin*
Matthew M. Lavin

Matthew M. Lavin
matt.lavin@agg.com
Arnall Golden Gregory LLP
1775 Pennsylvania Ave. NW, Suite 1000
Washington, DC 20006
Telephone: 202.677.4030
Fax: 202.677.4031

**Seeger Weiss LLP**

*/s/ Christopher A. Seeger*
Christopher A. Seeger

Christopher A. Seeger
cseeger@seegerweiss.com
Jennifer R. Scullion
jscullion@seegerweiss.com
Seeger Weiss LLP
55 Challenger Road 6th Fl.
Ridgefield Park, NJ 07660
Telephone: 973.639.9100
Fax: 973.679.8656

*Attorneys for Plaintiffs*

<u>CERTIFICATE OF SERVICE</u>

The undersigned attorney certifies that on January 14, 2025, he electronically filed a copy of the attached via the CM/ECF filing system, which sent notification of such filing to all Filing Users.

*/s/ Paul J. Napoli*_____
*Attorneys for Plaintiffs*

16